# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Sergio Guzman,

    Plaintiff,

v.

Computer Sciences Corporation, et al.,

    Defendants.

Case No.: 2:13-cv-2327-JAD-PAL

**Order**

    Based on the findings and conclusions stated on the record during the February 3, 2015, hearing, specifically including the absence of any genuine issue of material fact to support any of plaintiff's claims,

    it is HEREBY ORDERED, adjudged, and decreed that Defendants' Motion for Summary Judgment **[Doc. 19] is GRANTED**; judgment is hereby entered against plaintiff and in favor of the defendants on all claims; and the Clerk of Court is instructed to close this case.

    DATED: February 3, 2015.

_____
Jennifer A. Dorsey
United States District Judge